ELLEN F. ROSENBLUM
Attorney General
MICHAEL R. WASHINGTON  #873679
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Michael.R.Washington@doj.state.or.us

Attorneys for Defendants Allen, Brown, Ferguson, Green, Hart, Powell, Stockton, Tovar, Turner, and Walsborn

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOSHUA VINCENT WALSH,<br><br>         Plaintiff,<br><br>    v.<br><br>SCOTT BROWN, TRAVIS WALSBORN, MATTHEW ALLEN, CADEN POWELL, JOSEPH TOVAR, DEREK TURNER, EMMALLYCE GREEN, LUCAS FERGUSON, TIMOTHY HART, KEVIN STOCKTON,<br><br>         Defendants. | Case No.  2:19-CV-01997-HZ<br><br>DEFENDANTS' EXPERT WITNESS DISCLOSURE OF JOHN TABER |

Defendants identify the following individual who may be called as an expert witness at trial to present evidence as required by Fed. R. Civ. P. 26(a)(2)(C):

**John Taber**
Training and Development Specialist
Oregon Department of Corrections
Eastern Oregon Correctional Institution
2500 Westgate
Pendleton, Oregon 97801-9699

Page 1 -    DEFENDANTS' EXPERT WITNESS DISCLOSURE OF JOHN TABER
MRW/bl2/525263772

John Taber is a Training and Development Specialist for the Oregon Department of Corrections (ODOC) who, among other things, trains employees on ODOC's policies and rules regarding the use of and decontamination from direct and secondary exposure to Freeze + P OC/CS spray. Mr. Taber has worked with ODOC since October 2001 and has been working with the Professional Development Unit since 2013 where he started as a Training and Development Specialist 1 and in 2017, he became a Training and Development Specialist 2.

### A. The Subject Matter on Which He Will Testify

Mr. Taber will testify that he was a Training and Development Specialist 2 during the time material to Plaintiff's complaint in this case. Mr. Taber was deposed by Plaintiffs in *Konecny v. Brown, et al.*, USDC Case No. 2:18-cv-01385-HZ; *Konecny v. Vaafusuaga*, USDC Case No. 2:18-cv-01842-HZ; and *Werby v. LeGore, et al.*, USDC Case No. 2:18-cv-01828-HZ on June 22, 2022, which addresses the same incident at issue in this case and he will testify consistent with his deposition testimony.

### B. The Summary of the Facts and Opinions He Will Provide in His Testimony

Mr. Taber will testify regarding ODOC's policies and training regarding decontamination from secondary exposure to Freeze + P OC/CS spray in 2018; his experience in being directly and secondarily exposed to Freeze + P OC/CS spray as that was the spray used to conduct cell extractions at Eastern Oregon Correctional Institution in this case; how secondary exposure to Freeze + P OC/CS spray should dissipate within a matter of minutes and should not impact someone hours later; how Freeze + P is liquid based and falls to the ground upon deployment and is unlikely to float into a ventilation system and impact other inmates; how decontamination from secondary exposure to Freeze + P OC/CS spray should only consist of a wet towel, paper towel, or running water; and how secondary exposure to Freeze + P OC/CS spray does not create a serious medical issue.

Page 2 -   DEFENDANTS' EXPERT WITNESS DISCLOSURE OF JOHN TABER
           MRW/bl2/525263772

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

DATED August  4 , 2022.

                Respectfully submitted,

                ELLEN F. ROSENBLUM
                Attorney General


                *s/ Michael R. Washington*
                MICHAEL R. WASHINGTON #873679
                Senior Assistant Attorney General
                Trial Attorney
                Tel (503) 947-4700
                Fax (503) 947-4791
                Michael.R.Washington@doj.state.or.us
                Of Attorneys for Defendants

Page 3 -    DEFENDANTS' EXPERT WITNESS DISCLOSURE OF JOHN TABER
        MRW/bl2/525263772

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

## CERTIFICATE OF SERVICE

I certify that on August  4 , 2022, I served the foregoing DEFENDANTS' EXPERT WITNESS DISCLOSURE OF JOHN TABER upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Joshua V. Walsh<br>13710 SE Powell Blvd<br>Portland OR 97236<br>    *Pro Se Plaintiff* | ___ HAND DELIVERY<br> X  MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>___ E-SERVED |

        *s/ Michael R. Washington*
MICHAEL R. WASHINGTON #873679
Senior Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
Michael.R.Washington@doj.state.or.us
Of Attorneys for Defendants

Page 1 -   CERTIFICATE OF SERVICE
              MRW/bl2/39777109

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791